No. 22. SCHOLLE v. HARE, SECRETARY OF STATE OF MICHIGAN, ET AL. Appeal from the Supreme Court of Michigan. The motion of Melvin Nord et al. for leave to file brief, as *amici curiae,* is granted. *Harold Norris* on the motion.

No. 468. ENGEL ET AL. v. VITALE ET AL. Certiorari, *ante,* p. 924, to the Court of Appeals of New York. The motion of the American Jewish Committee et al. for leave to file brief, as *amici curiae,* is granted. *Theodore Leskes, Sol Rabkin* and *Paul Hartman* on the motion.

No. 616, Misc. CLAYTON v. CALIFORNIA. Motion for leave to file petition for writ of certiorari and for other relief denied.

No. 656, Misc. GLENN v. KENNEDY. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 731, Misc. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. v. DUCKWORTH ET AL.;

No. 754, Misc. BRADLEY v. KAESS, U. S. DISTRICT JUDGE;

No. 787, Misc. JOHNSON v. COURT OF COMMON PLEAS OF CUYAHOGA COUNTY, OHIO, ET AL.;

No. 793, Misc. YOUNG v. SMITH, U. S. DISTRICT JUDGE; and

No. 810, Misc. SNEBOLD v. HALBERT, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied. *Milton Kramer* and *Lester P. Schoene* for petitioners in No. 731, Misc. *E. Smythe Gambrell, W. Glen Harlan* and *Charles A. Moye, Jr.* for Street et al., respondents in No. 731, Misc. Reported below: No. 731, Misc., 217 Ga. 351, 122 S. E. 2d 220.